## RECONSIDERATION OF PRIOR DECISIONS

**2002–1407.   Coolidge v. Riverdale Local School Dist.**
Hancock App. No. 5–01–42, 2002-Ohio-3401. Reported at 100 Ohio St.3d 141, 2003-Ohio-5357, 797 N.E.2d 61. On motion for reconsideration. Motion denied.

HILDEBRANDT and LUNDBERG STRATTON, JJ., dissent.

LEE H. HILDEBRANDT JR., J., of the First Appellate District, sitting for COOK, J.

**2003–1127.   Davis v. Wilson.**
Trumbull App. No. 2003–T–0049, 2003-Ohio-2840. Reported at 100 Ohio St.3d 269, 2003-Ohio-5898, 798 N.E.2d 379. On motion for reconsideration. Motion denied.

**2003–1427.   In re Ewanicky.**
Cuyahoga App. No. 81742, 2003-Ohio-3351. Reported at 100 Ohio St.3d 1506, 2003-Ohio-6161, 799 N.E.2d 186. On motion for reconsideration. Motion denied.

**2003–1446.   Strayer v. Lincoln Gen. Ins. Co.**
Allen App. No. 1–02–100, 2003-Ohio-3429. Reported at 100 Ohio St.3d 1484, 2003-Ohio-5992, 798 N.E.2d 1093. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2003–1485.   Mullett v. Wheeling & Lake Erie Ry. Co.**
Cuyahoga App. No. 81688, 2003-Ohio-3347. Reported at 100 Ohio St.3d 1485, 2003-Ohio-5992, 798 N.E.2d 1093. On motion for reconsideration. Motion denied.

MOYER, C.J., LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2003–1526.   State v. James.**
Franklin App. Nos. 03AP–607 and 03AP–608. Reported at 100 Ohio St.3d 1507, 2003-Ohio-6161, 799 N.E.2d 186. On motion for reconsideration. Motion denied.

**2003–1595.   Marckel v. Raceway Park, Inc.**
Lucas App. No. L–02–1361, 2003-Ohio-3989. Reported at 100 Ohio St.3d 1508, 2003-Ohio-6161, 799 N.E.2d 187. On motion for reconsideration. Motion denied.

**2003–1639.   State v. Patton.**
Medina App. No. 02CA0113–M, 2003-Ohio-4030. Reported at 100 Ohio St.3d 1509, 2003-Ohio-6161, 799 N.E.2d 187. On motion for reconsideration. Motion denied.

**2003–1662.   State v. Dumas.**
Fairfield App. No. 02CA60, 2003-Ohio-4117. Reported at 100 Ohio St.3d 1509, 2003-Ohio-6161, 799 N.E.2d 187. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2003–1729.   State ex rel. Ahmed v. Harris.**
In Prohibition. Reported at 100 Ohio St.3d 1504, 2003-Ohio-6161, 799 N.E.2d 184. On motion for reconsideration and motion to state findings of fact and law. Motions denied.

**2003–1763.   State ex rel. Johnson v. Croft.**
In Mandamus. Reported at 100 Ohio St.3d 1504, 2003-Ohio-6161, 799 N.E.2d 184. On motion for reconsideration. Motion denied.